UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AUDREY JONES, NICHOLAS JONES, GREG SHROCK, and MARIANELLY SHROCK,<br><br>Plaintiffs,<br><br>v.<br><br>KIAME MAHANIAH, Secretary of the Massachusetts Department of Health and Human Services, in his official capacity; STAVERNE MILLER, Commissioner of the Massachusetts Department of Children and Families, in her official capacity; LORI ANN DIBELLA, Manager of the Northern Regional Licensing Unit of the Massachusetts Department of Children and Families, in her official capacity; and SARAH PETTY, Supervisor of the Northern Regional Licensing Unit of the Massachusetts Department of Children and Families, in her official capacity;<br><br>Defendants. | NO. 4:25-cv-12449 |

**NOTICE OF APPEARANCE**

Please enter on the docket the appearance of Grace Gohlke, Assistant Attorney General, as counsel for the state defendants, Kiame Mahaniah, Secretary of the Massachusetts Department of Health and Human Services; Staverne Miller, Commissioner of the Massachusetts Department of Children and Families; Lori Ann DiBella, Manager of the Northern Regional Licensing Unit of the Massachusetts Department of Children and Families; and Sarah Petty, Supervisor of the Northern Regional Licensing Unit of the Massachusetts Department of Children and Families, all in their official capacities, in the above-captioned case.

Respectfully submitted,

 /s/ *Grace Gohlke*
Grace Gohlke, BBO # 704218
Assistant Attorney General
Office of the Attorney General
Government Bureau
Constitutional and Administrative Law Div.
One Ashburton Place
Boston, MA   02108
(617) 963-2527
grace.gohlke@mass.gov

September 12, 2025

**CERTIFICATE OF SERVICE**

      I, Grace Gohlke, hereby certify that, on September 12, 2025, a true and accurate copy of my Notice of Appearance was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                            */s/ Grace Gohlke*
                                            Grace Gohlke, BBO # 704218
                                            Assistant Attorney General