UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AUDREY JONES, NICHOLAS JONES, GREG SHROCK, and MARIANELLY SHROCK,<br><br>    Plaintiffs,<br><br>v.<br><br>KIAME MAHANIAH, Secretary of the Massachusetts Department of Health and Human Services, in his official capacity; STAVERNE MILLER, Commissioner of the Massachusetts Department of Children and Families, in her official capacity; LORI ANN DIBELLA, Manager of the Northern Regional Licensing Unit of the Massachusetts Department of Children and Families, in her official capacity; and SARAH PETTY, Supervisor of the Northern Regional Licensing Unit of the Massachusetts Department of Children and Families, in her official capacity;<br><br>    Defendants. | NO. 4:25-cv-12449 |

## NOTICE OF APPEARANCE

Please enter on the docket the appearance of Michael Shiposh, Assistant Attorney General, as counsel for the state defendants, Kiame Mahaniah, Secretary of the Massachusetts Department of Health and Human Services; Staverne Miller, Commissioner of the Massachusetts Department of Children and Families; Lori Ann DiBella, Manager of the Northern Regional Licensing Unit of the Massachusetts Department of Children and Families; and Sarah Petty, Supervisor of the Northern Regional Licensing Unit of the Massachusetts Department of Children and Families, all in their official capacities, in the above-captioned case.

2

                                                  Respectfully submitted,

                                                  */s/ Michael Shiposh*
                                                  Michael Shiposh (BBO # 680131)
                                                  Assistant Attorney General
                                                  Government Bureau
                                                  Trial Division
                                                  One Ashburton Place, 18th Floor
                                                  Boston, MA 02108
                                                  (617) 963-2388
                                                  michael.shiposh@mass.gov

September 15, 2025

2

## CERTIFICATE OF SERVICE

  I, Michael Shiposh, hereby certify that, on September 15, 2025, a true and accurate copy of my Notice of Appearance was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                */s/ Michael Shiposh*
                Michael Shiposh BBO # 680131
                Assistant Attorney General