UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AUDREY JONES, NICHOLAS JONES, GREG SHROCK, and MARIANELLY SHROCK,<br><br>    Plaintiffs,<br><br>v.<br><br>KIAME MAHANIAH, Secretary of the Massachusetts Department of Health and Human Services, in his official capacity; STAVERNE MILLER, Commissioner of the Massachusetts Department of Children and Families, in her official capacity; LORI ANN DIBELLA, Manager of the Northern Regional Licensing Unit of the Massachusetts Department of Children and Families, in her official capacity; and SARAH PETTY, Supervisor of the Northern Regional Licensing Unit of the Massachusetts Department of Children and Families, in her official capacity;<br><br>    Defendants. | C. A.  No. 4:25-cv-12449 |

## NOTICE OF APPEARANCE

Please enter on the docket the appearance of Benjamin E. Bryant, Assistant Attorney General, as counsel for the state defendants, Kiame Mahaniah, Secretary of the Massachusetts Department of Health and Human Services; Staverne Miller, Commissioner of the Massachusetts Department of Children and Families; Lori Ann DiBella, Manager of the Northern Regional Licensing Unit of the Massachusetts Department of Children and Families; and Sarah Petty, Supervisor of the Northern Regional Licensing Unit of the Massachusetts Department of Children and Families, all in their official capacities, in the above-captioned case.

Respectfully submitted,

/s/ Benjamin E. Bryant
Benjamin E. Bryant (BBO No. 714077)
Assistant Attorney General
Trial Division/Government Bureau
Massachusetts Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 963-2275
benjamin.e.bryant@mass.gov

Date: September 15, 2025

### CERTIFICATE OF SERVICE

I, Benjamin E. Bryant, do hereby certify that, on September 15, 2025, a true and accurate copy of my Notice of Appearance was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Benjamin E. Bryant
Benjamin E. Bryant

2