Civil Action No.: **4:25-CV-12449-MGM**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Kiame Mahaniah, in his official capacity as Secretary of the Massachusetts Department of Health and Human Services

was received by me on (date) 9/9/25.

☐ I personally served the summons on the individual at (place) _____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) Jennifer Lumsey, who is designated by law to accept service of process on behalf of (name of organization) Mass. Department of Health & Human Services on (date) 9/11/25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $65.60 for travel and $_____ for services, for a total of $65.60.

I declare under penalty of perjury that this information is true.

9/18/25
Date

*Server's Signature*

Merrill Smallwood
*Printed name and title*

Attorney Support Group
71 Commercial Street Ste 102
Boston, Mass. 02109
*Server's Address*

Additional information regarding attempted service, etc:
Summons, Complaint, Exhibits, Civil Cover Sheet, Certification of Related Cases, Local Category Sheet, Motion for Admission, Pro Hac Vice

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**AUDREY JONES, ET AL.**

*Plaintiff*

v.

Civil Action No.:
**4:25−CV−12449−MGM**

**KIAME MAHANIAH, ET AL.**

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Kiame Mahaniah
in his official capacity as Secretary of the
Massachusetts Department of Health and Human Services
1 Ashburton Place
11th Floor
Boston, MA 02108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ⎯⎯ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ⎯⎯ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Atty. Sam Whiting
Massachusetts Liberty Legal Center
P.O. Box 2616
Acton, MA 01720

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ − Sandra Burgos

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2025−09−08 15:43:50, Clerk USDC DMA

Civil Action No.: **4:25-CV-12449-MGM**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) <u>Staverne Miller, in her official capacity as Commissioner of the Department of Children and Families</u>
was received by me on (date) <u>9/9/25</u>.

☐ I personally served the summons on the individual at (place) _____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) <u>Christina Grant, paralegal</u>, who is designated by law to accept service of process on behalf of (name of organization) <u>Mass Dept of Children + Families</u> on (date) <u>9/11/25</u>; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ <u>65.60</u> for travel and $ _____ for services, for a total of $ <u>65.60</u>.

I declare under penalty of perjury that this information is true.

<u>9/18/25</u>
Date

Server's Signature

<u>Merrill Smallwood, Process Server</u>
Printed name and title

Attorney Support Group
71 Commercial Street Ste 102
Boston, Mass. 02109
Server's Address

Additional information regarding attempted service, etc:
Summons, Complaint, Exhibits, Civil Case Cover Sheet, Certification of Related Cases, Local Category Sheet, Motion for Admission Pro Hac Vice.

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

AUDREY JONES, ET AL.

*Plaintiff*

v.

Civil Action No.:
4:25-CV-12449-MGM

KIAME MAHANIAH, ET AL.

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Staverne Miller
in her official capacity as Commissioner of the
Department of Children and Families
1 Ashburton Place
Boston, MA 02108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ⸺ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ⸺ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
   Atty. Sam Whiting
   Massachusetts Liberty Legal Center
   P.O. Box 2616
   Acton, MA 01720

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Sandra Burgos

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2025-09-08 15:43:50, Clerk USDC DMA

Civil Action No.: **4:25−CV−12449−MGM**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) <u>Lori-Ann Dibella, in her official capacity as Manager of the Northern Regional Licensing Unit Department of Children and Families</u>

was received by me on (date) <u>9/9/25</u>.

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) <u>Christina Grant, Paralegal</u>, who is designated by law to accept service of process on behalf of (name of organization) <u>Mass. Dept of Children & Families</u> on (date) <u>9/11/25</u> ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :


My fees are $ <u>65.60</u> for travel and $ _____ for services, for a total of $ <u>65.60</u>.

I declare under penalty of perjury that this information is true.

<u>9/18/25</u>
Date

<u>Merrill Smallwood</u>
Server's Signature

<u>Merrill Smallwood, Process Server</u>
Printed name and title

Attorney Support Group
71 Commercial Street Ste 102
Boston, Mass. 02109
Server's Address

Additional information regarding attempted service, etc:
Summons, Complaint, Exhibits, Civil Case Cover Sheet, Certification of Related Cases, Local Category Sheet, Motion for Admission Pro Hac Vice.

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

AUDREY JONES, ET AL.

*Plaintiff*

v.

KIAME MAHANIAH, ET AL.

*Defendant*

Civil Action No.:
4:25−CV−12449−MGM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lori-Ann Dibella
in her official capacity as Manager of the
Northern Regional Licensing Unit
Department of Children and Families
1 Ashburton Place
Boston, MA 02108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ⎯⎯ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ⎯⎯ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Atty. Sam Whiting
    Massachusetts Liberty Legal Center
    P.O. Box 2616
    Acton, MA 01720

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ − Sandra Burgos

*Signature of Clerk or Deputy Clerk*



ISSUED ON 2025−09−08 15:43:50, Clerk USDC DMA

Civil Action No.: **4:25-CV-12449-MGM**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) <u>Sarah Petty, in her official capacity as Supervisor of the Northern Regional Licensing Unit Department of Children and Families</u>

was received by me on (date) <u>9/9/25</u>.

☐ I personally served the summons on the individual at (place) _____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) <u>Christina Gallagher, Paralegal</u> who is designated by law to accept service of process on behalf of (name of organization) <u>Mass Dept of Children & Families</u> on (date) <u>9/11/25</u> ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ <u>65.60</u> for travel and $ _____ for services, for a total of $ <u>65.60</u>.

I declare under penalty of perjury that this information is true.

<u>9/18/25</u>
Date

*Server's Signature*

<u>Merrill Smallwood, Process Server</u>
Printed name and title

Attorney Support Group
71 Commercial Street Ste 102
Boston, Mass. 02109
*Server's Address*

Additional information regarding attempted service, etc:
Summons, Complaint, Exhibits, Civil Case Cover Sheet, Certification of Related Cases, Local Category Sheet, Motion for Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

AUDREY JONES, ET AL.

*Plaintiff*

v.

KIAME MAHANIAH, ET AL.

*Defendant*

Civil Action No.:
4:25−CV−12449−MGM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sarah Petty
in her official capacity as Supervisor of the
Northern Regional Licensing Unit
Department of Children and Families
1 Ashburton Place
Boston, MA 02108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ――― or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ――― you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>  Atty. Sam Whiting
> Massachusetts Liberty Legal Center
> P.O. Box 2616
> Acton, MA 01720

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ − Sandra Burgos

*Signature of Clerk or Deputy Clerk*



ISSUED ON 2025−09−08 15:43:50, Clerk USDC DMA

Civil Action No.:  4:25−CV−12449−MGM

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Office of the Attorney General__
was received by me on (date) __9/9/25__.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) __Victoria Collis__, who is
designated by law to accept service of process on behalf of (name of organization) __Mass Attorney General__ on (date) __9/11/25__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ __65.00__ for travel and $ _____ for services, for a total of $ __65.60__.

I declare under penalty of perjury that this information is true.

__9/18/25__
Date

_____
Server's Signature

__Merrill Smallwood, Process Server__
Printed name and title

Attorney Support Group
71 Commercial Street Ste 102
Boston, Mass. 02109
Server's Address

Additional information regarding attempted service, etc:

Summons, Complaint, Civil Case Cover Sheet, Certification of Related Cases, Local Category Sheet Motion for Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

AUDREY JONES, ET AL.

*Plaintiff*

v.

KIAME MAHANIAH, ET AL.

*Defendant*

Civil Action No.:
4:25-CV-12449-MGM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* (COPY ONLY)
Office of the Attorney General
1 Ashburton Place
20th Floor
Boston, MA 02108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Atty. Sam Whiting
Massachusetts Liberty Legal Center
P.O. Box 2616
Acton, MA 01720

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Sandra Burgos
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2025-09-08 15:43:50, Clerk USDC DMA