UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AUDREY JONES, NICHOLAS JONES, GREG SHROCK, and MARIANELLY SHROCK,<br><br>        Plaintiffs,<br><br>v.<br><br>KIAME MAHANIAH, Secretary of the Massachusetts Department of Health and Human Services, in his official capacity; STAVERNE MILLER, Commissioner of the Massachusetts Department of Children and Families, in her official capacity; LORI ANN DIBELLA, Manager of the Northern Regional Licensing Unit of the Massachusetts Department of Children and Families, in her official capacity; and SARAH PETTY, Supervisor of the Northern Regional Licensing Unit of the Massachusetts Department of Children and Families, in her official capacity;<br><br>        Defendants. | No. 4:25-cv-12449-MGM |

**DEFENDANTS' ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants Kiame Mahaniah, Staverne Miller, Lori Ann DiBella, and Sarah Petty, all in their official capacities (collectively, "Defendants"), respectfully move to extend the time to file their response to Plaintiffs' Motion for a Preliminary Injunction (ECF Nos. 22, 26, 26-1, & 26-2) by 18 days until, and including, Tuesday, December 16, 2025. Plaintiffs consent to this motion. As grounds for their motion, Defendants state as follows:

       1.     Plaintiffs filed suit on September 3, 2025 (ECF No. 1). Plaintiffs' Complaint asserts claims under the First and Fourteenth Amendments related to the requirements for

1

licenses issued by the Massachusetts Department of Children and Families ("DCF") to act as resource families for children in DCF's custody.   ECF No. 1 (Compl., ¶ 3).   Defendants answered the Complaint on November 3, 2025 (ECF No. 21).

2.      Plaintiffs moved for a preliminary injunction on November 14, 2025 (ECF No. 22, 26, 26-1, & 26-2).   A hearing date has not yet been scheduled for this motion.

3.      Pursuant to Local Rule 7.1(b)(2), Defendants' deadline to file a response is Friday, November 28, 2025, which is the day after Thanksgiving.

4.      Plaintiffs will suffer no prejudice from a modest extension of the time to file a response.   Defendants have confirmed that, assuming that the Jones family remains in compliance with all other licensing standards, it is DCF's intention that the child currently placed in their home remain in their home pending reunification with the child's family of origin, and for the Joneses to retain their license while Plaintiffs' motion for a preliminary injunction is pending. In other words, there will be no change to the status quo while this motion is pending.

5.      It is in the interests of justice to allow the requested extension.   Plaintiffs' motion presents complex factual allegations and legal arguments, which include multiple constitutional claims and theories of liability.   Defendants' response will require substantial research and drafting.   The response will also need to pass through the review process at the Office of the Attorney General and at the Department of Children and Families, which will be severely impacted by the upcoming Thanksgiving holiday.   Defendants respectfully submit that extending the time to file a response by 18 days is necessary to enable Defendants to fully present their substantive factual and legal arguments.

6.      In addition, Defendants' counsel are each separately attending to major briefing and argument deadlines in other litigation matters over the next month, including the following:

  a. Summary judgment motion due in *Escher v. Noble* (D. Mass. No. 1:25-cv-10389-GAO) on November 20, 2025, with oppositions due on December 18, 2025;

  b. Deposition of Plaintiff in *Dautrich v UMass* (Mass. Super. Ct. No. 2485CV01318) scheduled for November 25, 2025;

  c. Brief in opposition due to United States Supreme Court in *Marquis v. Massachusetts* (No. 25-5280) on November 28, 2025;

  d. Answer and Partial Motion to Dismiss due in *Hakim v SSU* (Mass. Super. Ct. No. 2577CV01139) on November 28, 2025;

  e. Brief in opposition due to United States Supreme Court in *Roman v. Board of Registration in Veterinary Medicine* (No. 25-138) on December 2, 2025;

  f. Oral argument in Massachusetts Supreme Judicial Court in *Walsh v. Commissioner of Revenue* (SJC-13798) scheduled for December 3, 2025;

  g. Opposition to motion for summary judgment due in *Burke v. Walsh* (D. Mass. No. 3:23-cv-11798-MGM) on December 8, 2025;

  h. Oral argument on motions for summary judgment in *Sabey v Butterfield* (D. Mass. No. 1:23-cv-10957) scheduled for December 10, 2025; and

  i. Appellee brief due in First Circuit in *Recchia v. Campbell* (1st Cir. No. 25-1817) on December 11, 2025.

7. Moreover, the undersigned counsel will be traveling out of state for the Thanksgiving holiday from November 25, 2025 through November 28, 2025.

8. Plaintiffs have graciously consented to the relief requested in this motion.

WHEREFORE, Defendants respectfully request that the Court extend the time for them to file their response to Plaintiffs' motion for a preliminary injunction by 18 days until, and including, Tuesday, December 16, 2025.

                Respectfully Submitted,

                KIAME MAHANIAH, STAVERNE MILLER, LORI ANN DIBELLA, and SARAH PETTY, in their official capacities,

                By and through their Attorneys,

                ANDREA JOY CAMPBELL
                ATTORNEY GENERAL

                */s/ Michael Shiposh*
                Michael Shiposh (BBO No. 680131)
                Benjamin E. Bryant (BBO No. 714077)
                Grace Gohlke (BBO No. 704218)
                Assistant Attorneys General
                One Ashburton Place
                Boston, MA 02108
                (617) 963-2388, 2275, or 2527
                michael.shiposh@mass.gov
                benjamin.e.bryant@mass.gov
                grace.gohlke@mass.gov

Dated: November 19, 2025

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

I hereby certify that, on November 19, 2025, the parties conferred by email regarding this motion, and counsel for Plaintiffs consented to the requested extension.

                */s/ Michael Shiposh*
                Assistant Attorney General

## **CERTIFICATE OF SERVICE**

      I certify that this document, filed through the Court's ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by first-class mail on November 19, 2025.

                                                    */s/ Michael Shiposh*
                                                    Assistant Attorney General