# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **Audrey Jones, Nicholas Jones, Greg Schrock, and Marianelly Schrock,**<br><br>Plaintiffs,<br><br>v.<br><br>**Kiame Mahaniah**, Secretary of the Massachusetts Department of Health and Human Services, in his official capacity;<br>**Staverne Miller**, Commissioner of the Massachusetts Department of Children and Families, in her official capacity;<br>**Lori-Ann Dibella**, Manager of the Northern Regional Licensing Unit of the Massachusetts Department of Children and Families, in her official capacity; and<br>**Sarah Petty**, Supervisor of the Northern Regional Licensing Unit of the Massachusetts Department of Children and Families, in her official capacity;<br><br>Defendants. | Case No. 4:25-cv-12449-MGM<br><br>**Plaintiffs' Motion to Withdraw Motion for Preliminary Injunction** |

Plaintiffs respectfully move to withdraw their motion for preliminary injunction. *See* Dkt. No. 22.

Plaintiffs moved for a preliminary injunction on November 14, 2025, seeking immediate relief against 110 C.M.R. § 7.104, the challenged policy in this case. *Id.* On December 12, Massachusetts's Department of Children and Families ("DCF") filed an emergency amendment to 110 C.M.R. § 7.104 that took effect immediately. *See* Ex A. On December 15, Plaintiffs conferred with Defendants. In that conferral, Defendants represented that their expectation is that, under the amended

regulation, DCF will not deny Plaintiffs a license to become foster parents based on Plaintiffs' religious objections to the previous requirements related to LGBTQIA+ identities.

In light of these amendments to the challenged policy, Plaintiffs are hopeful that they can now obtain their license or seek to renew their license under the amended rule, and they are willing to seek licensure instead of pursuing preliminary relief at this time. Because the licensure process has not yet played out, Plaintiffs reserve the right to seek preliminary relief should they encounter problems in the licensure process that impinge on their constitutional or statutory rights.

Therefore, Plaintiffs respectfully request to withdraw their motion for a preliminary injunction *without prejudice* while they seek to renew and/or reapply for their foster-care licenses under Massachusetts's new rule.

Respectfully submitted this 16th day of December, 2025.


/s/ *Johannes Widmalm-Delphonse*
Johannes Widmalm-Delphonse
(VA Bar No. 96040)**
Mallory Sleight
(NE Bar No. 27129)**
**Alliance Defending Freedom**
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
jwidmalmdelphonse@adflegal.org
msleight@adflegal.org


Henry W. Frampton, IV
(SC Bar No. 75314)**
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, Arizona 85260
Telephone: (480) 444-0020
hframpton@adflegal.org


/s/ *Sam Whiting*
Sam Whiting
(MA Bar No. 711930)*
**Massachusetts Liberty Legal Center**
P.O. Box 2616
Acton, MA 01720
Telephone: (774) 462-7043
sam@malibertylegal.org


/s/ *Andrew Nussbaum*
Andrew Nussbaum
(CO Bar No. 50391)**
**First & Fourteenth PLLC**
2 N. Cascade Avenue
Suite 1430
Colorado Springs, CO 80903
Telephone: (719) 428-2386
andrew@first-fourteenth.com


James Compton
(MD Bar No. 2011040002)**
**First & Fourteenth PLLC**
800 Connecticut Avenue NW
Suite 300
Washington, D.C. 20006
Telephone: (202) 998-7975
james@first-fourteenth.com


*Counsel for Plaintiffs*
*\* Local Counsel*
*\*\* Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

/s/*Johannes Widmalm-Delphonse*
Johannes Widmalm-Delphonse
*Counsel for Plaintiffs*

4