# EXHIBIT 2

Foster Parent Initials: _____

The Commonwealth of Massachusetts
**Department of Children and Families**

# An agreement between the Commonwealth of Massachusetts Department of Children and Families and Foster/Pre-Adoptive/Kinship Parents

## GENERAL INTRODUCTION

The Department of Children and Families ("the Department") strives to minimize the impact of out-of-home care for children by ensuring safety while providing a normative family life experience. Foster families are an important partner in helping the Department achieve these goals. Foster families provide a healthy setting for a child until they can return home or, if necessary, be placed in an alternative permanent home.

This Agreement sets out the Department's responsibilities to foster families, and the foster families' responsibilities to the Department and the child(ren) in their care. This agreement will be reviewed and signed at the initial licensing of foster families. This Agreement will be reviewed and updated as part of the foster family annual assessment process.

*For the purposes of this document, the term "Foster Family" refers to Unrelated, Pre-Adoptive, or Kinship foster families. The term "pre-adoptive parent" refers to a person with whom the Department has placed a child for adoption, but legalization of the adoption has not yet occurred. The term "Support Worker" refers to the Foster Family Social Worker, Kinship Social Worker, or ADLU Social Worker, depending on the home type.*

## THE DEPARTMENT OF CHILDREN AND FAMILIES AGREES TO:

1. Treat the foster family with dignity, respect, and with consideration of their privacy.
2. Not discriminate against the foster family based on religion, race, color, creed, gender, gender identity or expression, sexual orientation, national origin, age, or disability.
3. Provide the foster family with information about a foster child prior to placement, so that they can decide whether to accept the placement. The information will include (a) the physical and behavior health history of the foster child; (b) any trauma history; (c) any history of high-risk behavior; (d) the education needs of the foster child; and (e) information about the daily routine of the foster child.
4. Provide the foster family with information about the foster child on an ongoing basis to enable the foster family to provide appropriate care and to meet the foster child's individual needs.
5. Provide the foster family with medical information for each foster child placed in their home and ensure that each foster child's medical and dental expenses are covered.
6. Provide training for foster parents during the initial licensing process, which will cover topics such as (a) child development; (b) the impact of trauma on child development; (c) the importance of maintaining relationships with the child's family; (d) supporting the child's identity; and (e) the use of the reasonable and prudent parenting standard when making decisions about the daily routine of foster children.
7. Provide the foster family with relevant ongoing training opportunities, support groups, and support services.
8. Assign a support worker to the foster family who will be responsible for providing critical support to the foster family by (a) visiting the foster family monthly; (b) preparing

Foster Parent Initials: _____

documentation as required by policy; and (c) responding to any concerns raised regarding the safety or well-being of any foster child placed with the foster family.

9. Assign a social worker who will be responsible for providing direct service to the foster child (and their family), supporting their placement with the foster family, and visiting the foster child and the foster family at least once a month. The child's social worker will work in collaboration with the foster family's support worker.

10. Involve the foster family in the planning and implementation of services for the foster child in their care. The foster child's Action Plan will include responsibilities of the foster family, including participation in Foster Care Reviews and other case conferences; and completing Weekly Observation Logs for the foster child. The support worker will review these items with the foster family. The foster family signs and is provided with a copy of the child's Action Plan.

11. Consult the foster parent(s) in planning supervised and unsupervised contact with the foster child's family and make appropriate efforts to accommodate the foster parent's schedule.

12. Invite the foster family to Foster Care Reviews and other case conferences, and request the foster family provide their support worker with a written update if unable to attend.

13. Notify the foster family of all trials involving the foster child and any permanency hearings involving the foster child.

14. Allow the foster family to communicate with professionals working with the foster child to help support the foster child's needs.

15. Allow the foster family to authorize appropriate school-related activities, such as registration and field trips, for a foster child placed in their home.

16. Recognize the foster family's right to utilize the reasonable and prudent parenting standard, if their decisions do not conflict with Departmental regulation or policy, and do not interfere with meeting the needs of the foster child.

17. If the parent of a foster child will not be serving as the educational decision maker for their child, arrange for the foster parent to serve as the foster child's educational decision maker for special education or early intervention services, including, when necessary, recommending the foster parent to the Department of Elementary and Secondary Education or the Department of Public Health for appointment as a Special Educational Surrogate Parent, when it would be in the best interest of the foster child.

18. The Department will support the foster family with developing a plan for a foster child in their care during extended absences.

19. Notify the foster family, in writing, if the Department decides to pursue legal guardianship or adoption for a foster child placed in their home and afford the foster family the opportunity to apply to become the legal guardian or adoptive parent for that foster child.

20. Share the content of the foster family's record, including Department's caregiver assessments, annual assessments, and interim assessments of the foster family, with the foster family upon request.

21. Keep information regarding the foster family confidential, except as required by law.

22. Supply the foster family with information on the procedures for requesting review of Departmental decisions, filing a complaint through a grievance, requesting a Fair Hearing, the process for closing a foster home, and the process for transitioning a foster child from a foster family.

23. Notify the foster family, in writing, at least 14 calendar days in advance of transitioning a foster child from the foster home, except when the Regional or Area Director has determined that the foster child's physical, mental, or emotional well-being would be endangered by remaining in the home.

Foster Parent Initials: _____

24. Provide the foster family with the opportunity, prior to or after a foster child leaves the foster home, to provide notes that may assist the family or future foster parents in the care or daily routine of the foster child.

25. Provide the foster family with the name and phone number of the child's former foster parent, if it is in the child's best interest and the former foster parent has signed a release.

26. Inform the foster family of available financial supports and services, including the range and frequency of payments they will receive for the foster child, and the opportunity to utilize 10 days of paid respite care per calendar year.

27. Provide reimbursement related to theft of, or damage to, the foster family's property that is the result of deliberate, malicious action by a foster child, as allowed by the Damage and Theft Reporting and Compensation Policy.

28. Share information with the foster family about the Department's Payment Assistance Line (PAL) [1-800-632-8218] and email DCF.PaymentAssistanceLine@mass.gov, which the foster family can contact for help in resolving long-standing payment problems, after the foster family has tried to resolve them with the Area Office.

29. Make after-hours assistance available to the foster family through the MSPCC Kid's Net Connection (1-800-486-3730).

30. Provide access to a FosterMA Connect account for all foster families. FosterMA Connect provides updates for foster families, including trainings and resources for foster families and children. This also includes access to the foster parent portal where a foster family can see information related to the foster child currently in their care.

**THE FOSTER FAMILY AGREES, FOR EACH FOSTER CHILD PLACED IN THEIR HOME, TO:**

1. Comply with Department regulations and policies, including the standards for becoming a Department foster family.

2. Maintain a home that is clean, safe, and free of obvious fire and other hazards in compliance with the housing standards, and of sufficient size to accommodate comfortably and appropriately all members of the household and the approved number of foster children.

3. Promote the physical, mental, and emotional well-being of the foster child as well as assist the foster child in maximizing their potential.

4. Ensure that the foster child receives supervision and protection appropriate to the age and needs of the foster child to ensure safety and well-being.

5. Meet the foster child's racial, ethnic, linguistic, cultural, and religious needs, encouraging an understanding and appreciation of this heritage.

6. Support, respect, and affirm the foster child's sexual orientation, gender identity, and gender expression.

7. Not use any physical punishment upon any foster child who is in the Department's care or custody.

8. Make efforts to maintain the foster child's personal belongings and provide them to the foster child when they leave the home.

9. Support the reunification of the foster child and family, or an alternative permanent plan, as indicated on the Action Plan.

10. Allow and support visits between the foster child and the foster child's parents, siblings, grandparents and/or other kin, within and outside the foster home, as indicated in the Department's Action Plan or as directed by the Department.

11. Inform the Department as soon as possible if an emergency arises related to the foster child. This includes contacting the hotline if the emergency occurs after hours.

12. Manage transportation to and from appointments, activities, family time, school, and any other events to ensure foster child's needs are being met. This does not mean that the foster parent must own a vehicle. It does mean that the foster parent needs to be able to ensure that this transportation happens in a timely and effective manner. The family will work with their support worker to successfully meet these requirements.

13. Allow and support visits and communication with professionals assigned to work with the foster child, such as: attorney, guardian *ad litem*, therapist, Early Intervention worker, adolescent outreach worker, and/or other clinical service providers.

14. Participate fully in the implementation of the foster child's Action Plan, including tasks for the foster child and foster family; participate in Foster Care Reviews and other case conferences; and complete Weekly Observation Logs for foster child.

15. Maintain confidentiality in all matters concerning the foster child and their family. Foster families are bound by the same standards of confidentiality as the Department and its employees.

16. Manage the foster child's routine health care and dental care, and emergency medical treatment when necessary. This includes managing any needed follow-up for routine or emergency care, by scheduling appointments, providing or finding appropriate transportation, attending appointments with the foster child whenever possible, and ensuring the foster child attends appointments with another authorized adult if the foster parent is unavailable.

17. Advise the foster child's social worker of changes in the foster child's health status, of medical and dental care received, and of recommendations made, including administration of or changes in medication. Any recommendation regarding the use of restraints by medication or other means must be brought to the immediate attention of the support worker and the child's social worker. Specific consent must be obtained when non-emergency, extraordinary medical treatment is considered, including but not limited to withholding or providing Life Sustaining Medical Treatment (LSMT) orders, sterilization, electro convulsant treatment, and antipsychotic medication.

18. Request written documentation from medical providers for inclusion in the Department's record; and submit forms to the foster child's social worker or through the Foster Parent portal. Notify the foster child's social worker about any changes in the foster child's health status; medical and dental care received, including new or changed medication(s); and related medical or dental recommendations.  Ensure that medical information is available for the Foster Care Review.

19. Authorize appropriate general school-related activities, such as registration and field trips, and notify the Department of educational activities authorized for the foster child.

20. Use a reasonable and prudent parenting standard when making decisions about the daily routines of a foster child placed in their home when determining whether to allow a foster child to participate in extracurricular, enrichment, and social activities. The reasonable and prudent parenting standard is characterized by careful and sensible parental decisions that maintain the health, safety and best interests of a foster child and encourage the emotional and developmental growth of the foster child.

21. Support the foster child's educational success. This includes prioritizing school stability, ensuring foster child's attendance, engaging with appropriate parties to understand any challenges and implement interventions, advocating for the foster child's needs and assisting the foster child with homework. Keeping the foster child's family involved in their academic progress and events, as appropriate.

22. Serve as the foster child's educational decision maker for special education or early intervention services when requested by the Department or appointed by the Department of Elementary and Secondary Education or Department of Public Health.

Foster Parent Initials: _____

23. Ensure that any firearms located in the home are registered and licensed in accordance with state and federal law; are trigger-locked or fully inoperable and stored without ammunition in a locked area; and that ammunition is stored in a separate, locked location. Ensure all other weapons are kept in a locked area, and that all storage areas for weapons are inaccessible to children.

24. Not to smoke, or allow guests to smoke, in the foster family home, in any vehicle used to transport a foster child, or in the presence of a foster child.

25. Notify the support worker as soon as possible of a change in the structure, condition, or location of the foster family's residence.

26. Notify the support worker of a change in the foster family's phone number, email address, or other contact information.

27. Report new non-household members to the support worker as soon as possible, including any new individual who will have regular unsupervised contact with a foster child or care for a foster child on a regular or recurring basis, including childcare and/or babysitting arrangements.

28. Report changes in the foster family to the support worker as soon as possible, such as: addition of a new household member; addition of a pet or other animal; death, serious illness, etc., of a household member; separation or divorce of the foster parents; loss of employment by a foster parent or head of household; reduction of foster family income; change in immigration or citizenship status; and any other change that affects the ability of the foster family to meet its required responsibilities.

29. Advise the Area or Regional Office (as assigned) of the foster family's affiliation with any other child-placement agency. Ensure that additional placements of foster children by another public or private agency, or placements of an adult or child for daytime care, will not be undertaken without the clear understanding and approval of the Area or Regional Office (as assigned).

30. Notify the Department of any vacation or trip that would result in the foster family's overnight absence from their usual place of residence. Obtain the Department's written consent before taking a foster child out of the state.

31. Do not surrender the foster child to anyone other than the Department, or a person or agency designated by the Department, unless ordered to do so by a court of competent jurisdiction.

32. Notify the Department at least 10 working days in advance if removal of the foster child from the foster family is desired, except when immediate removal is necessary to ensure the life, health, or emotional well-being of the foster child, or of foster family household members.

33. Notify the Department immediately if it is known, or reasonably believed, that a foster child placed in the home intends to run away, and notify the Department and the local police immediately, if the foster family learns that the foster child is missing or has run away. The foster family should call the Department's Child At Risk Hotline (1-800-792-5200) after hours, if necessary. The foster family should also notify the Department immediately if the foster child returns.

34. In case of overpayment, contact the PAL Line (1-800-632-8218) and the support worker. Any overpayment will be deducted from a future payment. If there is no future payment, the foster family is required to contact the PAL Line to arrange for return of the overpayment.

35. Maintain insurance (homeowner's, automobile, and consider apartment insurance) to ensure reimbursement for any damages to your home not covered by the Damage and Theft Policy.

Foster Parent Initials: _____

The Massachusetts Department of Children and Families has designated this foster family as a licensed (**please check one**):

☐ kinship home          ☐ unrelated home          ☐ pre-adoptive home

and agrees to the terms set forth herein.

As a foster family licensed by the Commonwealth of Massachusetts Department of Children and Families, I understand the above statement of responsibilities and agree to the terms listed herein.

This Agreement is to be reviewed and signed at each annual assessment.

**SIGNATURES**

_____
Foster Parent (Signature)                    Date     Foster Parent (Printed Name)


_____
Foster Parent (Signature)                    Date     Foster Parent (Printed Name)


_____
Licensing and Training Social Worker (Signature)    Date     LTSW (Printed Name)


_____
Licensing and Training Supervisor (Signature)    Date     LT Supervisor (Printed Name)


_____
Regional Office

_____
Regional Office Address