# EXHIBIT 4



## ADMINISTRATION FOR CHILDREN & FAMILIES

Office of the Assistant Secretary | 330 C Street, S.W., Suite 4034
Washington, D.C. 20201 | www.acf.hhs.gov

September 30, 2025

Starverne Miller, Commissioner
Massachusetts Department of Children and Families
1 Ashburton Place
Boston, MA 02108

Dear Commissioner Staverne Miller:

I write to you today not only as the Acting Assistant Secretary of the Administration for Children and Families (ACF), but as a fellow public servant committed to the sacred responsibilities of protecting children, supporting families, and upholding the values that define us as Americans.

I have been made aware of policies and procedures—specifically, the Department of Children and Families' "LGBTQIA+ Nondiscrimination Policy"— that deny qualified adoptive parents the opportunity of providing children a loving home, solely because they cannot, in good conscience, commit to affirming a hypothetical child's gender identity. It is my understanding that noncompliance with this policy even constitutes evidence against a family in cases involving removal.

I am saddened to see that this policy has already discriminated against loving, qualified parents, including Heath and Lydia Marvin, whose license was revoked, and Nick and Audrey Jones, who are currently being threatened with license revocation and the forced relocation of their foster daughter.

These policies and developments are deeply troubling, clearly contrary to the purpose of child welfare programs, and in direct violation of First Amendment protections. As you know, I have the responsibility of monitoring how federal funds are used and ensuring that federal law is upheld.

America has always stood for the freedoms to believe, to speak, and to live according to one's conscience and sincerely held religious beliefs. These freedoms are not obstacles to child welfare. They are its foundation. When we begin to exclude loving families from adoption based on ideological, religious litmus tests, we do more than violate the First Amendment. We betray the very ideals that have made our nation's child protection system a beacon of hope for vulnerable children.

No child is made safer when the state shuns willing, stable, and loving homes. No child is better off when hyper-partisan policies are placed above permanency and what is best for the child. I urge Massachusetts to pursue policies that reflect the values we share: liberty, compassion, and the unwavering belief that every child deserves a family. Let us not allow ideology to stand in the way. Let us not allow bureaucracy to block loving homes. To this end, as we begin investigating this issue, I invite you to provide information that can shed light on your current policies. Thank you for your attention to this matter.

Andrew Gradison
Acting Assistant Secretary
Administration for Children and Families

CC: Dr. Kiame Mahaniah, Secretary of Health and Human Services