# EXHIBIT 5

0

IEC OF STATE / REG DIV
2025 DEC 12 ᴀᴍ11:55



THE COMMONWEALTH OF MASSACHUSETTS
**William Francis Galvin**
Secretary of the Commonwealth

# Regulation Filing   *To be completed by filing agency*

CHAPTER NUMBER:   **110 CMR 7.00**

CHAPTER TITLE:   **Services**

AGENCY:   **Department of Children and Families**

SUMMARY OF REGULATION:   *State the general requirements and purposes of this regulation.*

**110 CMR 7.00 governs the provision of services by DCF, inclusive of 110 CMR 7.100 which sets forth the standards for individuals to obtain licensure to provide foster care for children in the care and custody of DCF.**

REGULATORY AUTHORITY:   **M.G.L. c. 18B, §§3(b)(7), 7(i); c. 119, §37**

AGENCY CONTACT:   **Cristina Tedstone**                          PHONE:   **(617)429-0741**

ADDRESS:   **Department of Children and Families, One Ashburton Place, 3rd Floor, Boston MA 02108**

## Compliance with M.G.L. c. 30A

EMERGENCY ADOPTION -   *if this regulation is adopted as an emergency, state the nature of the emergency.*

**See Attachment A delivered with signed PDF**

PRIOR NOTIFICATION AND/OR APPROVAL -   *If prior notification to and/or approval of the Governor, Legislature or others  was required, list each notification, and/or approval and date, including notice to the Local Government Advisory Commission.*

**Executive Office of Health and Human Services, Approved December 8, 2025**
**Executive Office of Administration and Finance, Approved December 9, 2025**
**Local Government Advisory Commission, Notified December 12, 2025**

PUBLIC REVIEW -   *M.G.L. c. 30A sections 2 and/or 3 requires notice of the hearing or comment period, including a small business impact statement, be filed with the Secretary of the Commonwealth, published in appropriate newspapers, and sent to persons to whom specific notice must be given at least 21 days prior to such hearing or comment period.*

Date of public hearing or comment period:        **n/a emergency regulation**

FISCAL EFFECT - *Estimate the fiscal effect of the public and private sectors.*

For the first and second year:   none

For the first five years:   none

No fiscal effect:   none

SMALL BUSINESS IMPACT -   *M.G.L. c. 30A section 5 requires each agency to file an amended small business impact statement with the Secretary of the Commonwealth prior to the adoption of a proposed regulation. If the purpose of this regulation is to set rates for the state, this section does not apply.*

Date amended small business impact statement was filed:   n/a

CODE OF MASSACHUSETTS REGULATIONS INDEX -   *List key subjects that are relevant to this regulation:*
**Foster Parents**

PROMULGATION -   *State the action taken by this regulation and its effect on existing provisions of the Code of Massachusetts Regulations (CMR) or repeal, replace or amend. List by CMR number:*

**Amends 110 CMR 7.104(1)(d) removing "sexual orientation and gender identity" and replacing with "individual identity and needs."**

ATTESTATION -   *The regulation described herein and attached hereto is a true copy of the regulation adopted by this agency.*   ATTEST:

SIGNATURE: _Cush Teds_   DATE: _December 12, 2025_

Publication - *To be completed by the Regulations Division*

MASSACHUSETTS REGISTER NUMBER: _____ DATE: _____

EFFECTIVE DATE: _____

CODE OF MASSACHUSETTS REGULATIONS

| *Remove these pages:* | *Insert these pages:* |
| --- | --- |
|  |  |

Chapter Number:    110 CMR 7.00

Chapter Title:    Services

Agency:    Department of Children and Families

ATTACHMENT A

Emergency Adoption:

Recently, the Administration for Children and Families (ACF), DCF's federal regulator, told DCF that, in its view, the current version of 110 CMR 7.104(1)(d) violates the constitutional rights of applicants.  DCF is promulgating this amendment on an emergency basis in order to preempt any potential escalation by ACF.  These amendments address ACF's concerns, while continuing to meet DCF's need for foster homes that support the identity and needs of the children in its custody.