UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AUDREY JONES, NICHOLAS JONES, GREG
SHROCK, and MARIANELLY SHROCK,

      Plaintiffs,

v.

KIAME MAHANIAH, *et al.*

      Defendants.

CIVIL ACTION
NO. 4:25-cv-12449

## DEFENDANTS' MOTION TO DISMISS
## PLAINTIFFS' AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), Defendants Kiame Mahaniah, Staverne Miller, Lori-Ann DiBella, and Sarah Petty, in both their individual and their official capacities as employees of the Massachusetts Department of Children and Families ("DCF"), respectfully move to dismiss Plaintiffs' Verified Amended Complaint [Dkt. 39].

Plaintiffs lack standing to pursue their official capacity claims because they are suffering no current or imminent injuries related to the claims brought in this action. Plaintiffs also fail to state a claim on their individual capacity claims by failing to adequately allege personal involvement in the alleged violations by the Defendants and/or because their claims are barred by the doctrine of qualified immunity. In support of this motion, the Defendants rely upon their Memorandum of Law, filed contemporaneously with this motion.

*[signature block on following page]*

Respectfully Submitted,

DEFENDANTS

By and through their Attorneys,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

/s/ *Grace Gohlke*
Grace Gohlke (BBO No. 704218)
Michael Shiposh (BBO No. 680131)
Benjamin E. Bryant (BBO No. 714077)
Assistant Attorneys General
One Ashburton Place
Boston, MA 02108
(617) 963-2388, 2275, or 2527
michael.shiposh@mass.gov
benjamin.e.bryant@mass.gov
grace.gohlke@mass.gov

Dated:  June 22, 2026

2

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

I certify that, on June 22, 2026, I conferred with counsel for the Plaintiffs by videoconference, but the parties were unable to narrow the issues or reach agreement on this motion.

/s/ Grace Gohlke
Assistant Attorney General

## CERTIFICATE OF SERVICE

I certify that this document, filed through the Court's ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by first-class mail on June 22, 2026.

/s/ Grace Gohlke
Assistant Attorney General