# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**Audrey Jones**, **Nicholas Jones**, **Greg Schrock**, and **Marianelly Schrock**,

*Plaintiffs,*

v.

**Kiame Mahaniah**, Secretary of the Massachusetts Department of Health and Human Services, in his official capacity;

**Staverne Miller**, Commissioner of the Massachusetts Department of Children and Families, in her official capacity;

**Lori-Ann Dibella**, Manager of the Northern Regional Licensing Unit of the Massachusetts Department of Children and Families, in her official capacity; and

**Sarah Petty**, Supervisor of the Northern Regional Licensing Unit of the Massachusetts Department of Children and Families, in her official capacity;

*Defendants.*

Case No. 4:25-cv-12449-MGM

**Notice regarding Plaintiffs' claims for relief**

## NOTICE

Plaintiffs Audrey and Nick Jones file this notice that they no longer seek prospective relief as part of their legal claims.

Audrey and Nick Jones relocated from Massachusetts to Georgia on August 9, 2026. At their request, DCF closed their foster-care license on August 7. Thus, Plaintiffs are no longer licensed, nor seeking to remain licensed to provide foster care in Massachusetts. For this reason, the Joneses no longer seek an injunction as part of their prayer for relief. *See* Verified Amend. Compl. 33–34, Dkt. 39.

Notice

The Joneses continue to seek declaratory relief, nominal damages, attorneys' fees, and any other form of relief the Court finds appropriate. Further, Greg and Marianelly Schrock still maintain their prayer for prospective relief (and the other forms of relief).

Respectfully submitted this 12th day of August, 2026.

*/s/Johannes Widmalm-Delphonse*
Johannes Widmalm-Delphonse
(VA Bar No. 96040)**
Jesse Pattison
(VA Bar No. 101918)**
**Alliance Defending Freedom**
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
jwidmalmdelphonse@adflegal.org
jpattison@adflegal.org

Henry W. Frampton, IV
(SC Bar No. 75314)**
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, Arizona 85260
Telephone: (480) 444-0020
hframpton@adflegal.org

Sam Whiting
(MA Bar No. 711930)*
**Massachusetts Liberty Legal Center**
P.O. Box 2616
Acton, MA 01720
Telephone: (774) 462-7043
sam@malibertylegal.org

Andrew Nussbaum
(CO Bar No. 50391)**
**First & Fourteenth PLLC**
2 N. Cascade Avenue
Suite 1430
Colorado Springs, CO 80903
Telephone: (719) 428-2386
andrew@first-fourteenth.com

James Compton
(MD Bar No. 2011040002)**
**First & Fourteenth PLLC**
800 Connecticut Avenue NW
Suite 300
Washington, D.C. 20006
Telephone: (202) 998-7975
james@first-fourteenth.com

*Counsel for Plaintiffs*                    ***Admitted Pro Hac Vice*
* *Local Counsel*

2

Notice

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

*/s/Johannes Widmalm-Delphonse*
Johannes Widmalm-Delphonse
*Counsel for Plaintiffs*

3

Notice